# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HON LAU, | ) | NO. CV 11-2356 JSL (FMO) |
|         Petitioner, | ) | |
|         v. | ) | **JUDGMENT** |
| STATE OF CALIFORNIA, | ) | |
|         Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 29, 2011.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE